UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA FAYE TRAYLOR,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. EDCV 14-1091 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: October 28, 2014

                              /s/
                    _____
                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE